UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FILED
ENTERED

OCT 26 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:94-CR-098-LDG-RJJ |
| Plaintiff, | ) | |
| vs. | ) | |
| KEVIN DOLD | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF #42), sentencing having been imposed on January 3rd, 1995. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| ESTHER ROESSNER | $1,439.55 |
| MARY RAU | $1,449.55 |
| FAY DICKAU | $2,849.45 |
| MRS RICHARD P CLIFT | $1,449.55 |
| VOILET LEDA SIMMONS | $1,049.55 |
| ELEANOR ETHEL KOORENNY | $4,549.55 |
| LINDA CHASTEK | $11,994.55 |
| RUDOLPH FUNKE | $449.55 |
| BETTY CAMERON | $18,449.55 |

| | |
|---|---|
| DYMPNA RYAN | $7,749.55 |
| IRENE HARRIS | $7,141.55 |
| WILFRED AND ALICE RINEHART | $2,100.00 |
| DAMUEL M RANDAL | $5,250.00 |
| ETHEL BUTCHART | $4,750.00 |
| EDITH L BURGES | $1,285.00 |
| OLGA KONDRAT | $2,100.00 |
| BETTY NORMAN | $4,549.55 |
| HELEN REMPEL | $7,889.55 |

**Total Amount of Restitution ordered: $86,496.05\*\***

\*\*Joint and Several with co-defendant Richard Van Tuscher

Dated this \_\_\_25\_\_\_ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE